IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| KRISTINA JONES (IA), KIMBERLY MARRS (MO), MELISSA MARTENS (IL), TAMMY McKINNIS (KS), TINA SANDERS (IN), KELLY EKKER (NE), CANDACE UZZLE (SD), MARY SCHNOBRICH (MN), and FONETTA WAYNE (WI), Individually and on behalf of others similarly situated, | ) ) ) ) ) ) ) ) ) | Miscellaneous No.  08-MC-10 |
| Plaintiffs, | ) ) ) | ORDER GRANTING Casey's General Stores, Inc.'s UNRESISTED Motion to compel TDS Telecommunication corporation's compliance with subpoena |
| v. | ) ) | |
| CASEY'S GENERAL STORES, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Casey's General Stores, Inc. ("Casey's) UNRESISTED Motion to Compel TDS Telecommunication Corporation ("TDS") to comply with the October 28, 2008 subpoena of this Court is hereby GRANTED.

Accordingly, TDS is ordered to produce, within 14 days, any and all telephone records with calling detail, including but not limited to numbers called and received, date of service and length of call, possessed by TDS for a telephone number ((608) 533-3541) utilized by Fonetta Wayne, for the time period between January 1, 2004 and December 31, 2007.

Dated this 10th day of November, 2008.

/s/

_____
STEPHEN L. CROCKER
UNITED STATES MAGISTRATE JUDGE